SADA M. ABRAHAMS et al., Appellants, v. AMERICAN STEEL & WIRE Co. et al., Respondents, et al., Defendants.

Submitted May 23, 1955; decided June 2, 1955.

*Charles Ettinger, H. Bartow Farr, Jr.,* and *William P. McHale,* for motion.

*Irving A. Thau* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.